THE STATE EX REL. TRACY, TAX COMMR., ET AL. *v.* FRANKLIN
COUNTY COURT OF COMMON PLEAS ET AL.

[Cite as *State ex rel. Tracy v. Franklin Cty. Court
of Common Pleas* (1993), 66 Ohio St.3d 1215.]

(No. 93–459—Submitted and decided March 8, 1993.)

IN PROHIBITION.

ON MOTION for Peremptory Writ.

This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for peremptory writ of prohibition in the first instance, or alternatively, an alternative writ and stay of preliminary injunction,

IT IS ORDERED by the court that said motion for an alternative writ be, and the same is hereby, granted, and respondents are to show cause on or before March 29, 1993, why the writ of prohibition should not be issued.

IT IS FURTHER ORDERED by the court that the operation of the preliminary injunction issued by respondents against assessment and collection of the Ohio Beverage Tax, R.C. Chapter 5753, in the case styled *Cameron Coca–Cola Bottling Co. et al. v. Roger W. Tracy, Tax Commissioner, et al.,* case No. 93CVH–02–729, filed February 1, 1993, in the Court of Common Pleas of Franklin County, Ohio, be stayed, pending final hearing and determination of the complaint in prohibition.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. I would have permitted Judge John A. Connor's preliminary injunction to remain in effect until this court had an opportunity to be fully briefed and to hear oral arguments on the issue of jurisdiction.